

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00249-CV

In re Sandra Ramirez, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## **JUDGMENT**

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Ben L. Ivey III, Judge of the 12th Judicial District Court of El Paso County, Texas and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 20th day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.